IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al., | ) ) ) | CV 12-00121 HG-BMK |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| KD CONSTRUCTION, INC.; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATIONS 1-100; DOE PARTNERSHIPS 1-100; DOE ENTITIES 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-100, | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (DOC. 20)

Findings and Recommendation having been filed and served on all parties on January 09, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Enter Default Judgment and Award Damages Against

//

//

Defendant KD Construction, Inc. (Doc. 20) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 24, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
United States District Judge